SEYFARTH SHAW LLP
Michael W. Kopp (SBN 206385
mkopp@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:   (916) 448-0159
Facsimile:   (916) 588-4839

Attorneys for Defendant
FIRST ADVANTAGE BACKGROUND
SERVICES CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE ANTHONY ELLIS,<br><br>          Plaintiff,<br><br>     v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>          Defendant. | Case No. 2:24-cv-00496-TLN-SCR<br><br>**ORDER** |

Based upon the parties' Joint Stipulation to Extend Fact Discovery and Pre-trial Deadlines, and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The deadline to complete fact discovery is extended from February 16, 2025 to June 16, 2025; and

2. All remaining pre-trial deadlines in the Initial Pretrial Scheduling Order that correspond to the deadline for completing fact discovery are extended in accordance with the new June 16, 2025 fact discovery deadline.

SO ORDERED this 27th day of January, 2025.

_____
Troy L. Nunley
Chief United States District Judge