

# United States District Court
# Eastern District of California

| Tremaine Anthony Ellis |
|---|
| Plaintiff(s) |

Case Number: 2:24-cv-00496-TLN-SCR

V.

| First Advantage Background Services Corp. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Esther Slater McDonald** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **First Advantage Background Services Corp.**

On **02/06/2017** (date), I was admitted to practice and presently in good standing in the **U.S.D.C. for the Northern District of Georgia** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/21/2025

Signature of Applicant: /s/ Esther Slater McDonald

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Esther Slater McDonald |
| Law Firm Name: | Seyfarth Shaw LLP |
| Address: | 1075 Peachtree Street, NE |
| | Suite 2500 |
| City: | Atlanta   State: Georgia   Zip: 30309 |
| Phone Number w/Area Code: | (404) 885-1500 |
| City and State of Residence: | Johns Creek, Georgia |
| Primary E-mail Address: | emcdonald@seyfarth.com |
| Secondary E-mail Address: | tmcampbell@seyfarth.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael W. Kopp |
| Law Firm Name: | Seyfarth Shaw LLP |
| Address: | 400 Capitol Mall, Suite 2350 |
| City: | Sacramento   State: California   Zip: 95814 |
| Phone Number w/Area Code: | (916) 448-0159   Bar #: 206385 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 27, 2025

_____
JUDGE, U.S. DISTRICT COURT